DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ. No. 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF ROCKLIN and JEFFREY PAXTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON CORONA, <br><br>　　　　　　　Plaintiff, <br><br>　vs. <br><br>CITY OF ROCKLIN, et al. <br><br>　　　　　　　Defendant. | Case No.: 2:24-CV-01178-CKD <br><br> **STIPULATION AND REQUEST TO STAY CIVIL PROCEEDING PENDING RESOLUTION OF PLAINTIFF'S RELATED STATE CRIMINAL PROCEEDING;** ~~**PROPOSED**~~ **ORDER** |

Plaintiff has a parallel pending criminal proceeding in the Superior Court of California, County of Placer (Case No. 62-190362) that concerns the same incident underlying this civil proceeding. Continuing with the civil proceeding while the criminal proceeding is pending may impact Plaintiff's Fifth Amendment rights; makes efficient use of judicial resources and provides consistency by ensuring that common issues are not re-litigated; and ensures that the criminal process is not undermined by an ongoing parallel civil proceeding.

Accordingly, the parties hereby stipulate to and request a stay of this civil proceeding pending resolution of the criminal proceeding (either dismissal of the criminal proceeding or sentencing). Within 30 days after resolution of the criminal proceeding, Plaintiff will file a status

report requesting that the Court lift the stay. Within 30 days after the Court issues an order lifting the stay, the parties will file a joint status report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order.

**SO STIPULATED**.

Dated:  July 10, 2024                              ANGELO, KILDAY & KILDUFF, LLP

                                                          */s/ Derick E. Konz*
                                                   By:_____
                                                      DERICK E. KONZ
                                                      WILLIAM J. BITTNER
                                                      Attorneys for Defendants CITY OF
                                                      ROCKLIN and JEFFREY PAXTON

Dated:  July 10, 2024                              NOLD LAW

                                                          */s/ Melissa C. Nold (*auth. on 7/9/24)
                                                   By:_____
                                                      MELISSA C. NOLD
                                                      COUNSEL FOR PLAINTIFF

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing, the Court stays this proceeding pending resolution of Plaintiff's parallel civil proceeding (either dismissal of the criminal proceeding or sentencing). Within 30 days after resolution of the criminal proceeding, Plaintiff will file a status report requesting that the Court lift the stay. Within 30 days after the Court issues an order lifting the stay, the parties will file a joint status report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order.

**SO ORDERED.**

Dated:  July 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE