DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ. No. 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ROCKLIN and JEFFREY PAXTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMERON CORONA,<br><br>               Plaintiff,<br><br>     vs.<br><br>CITY OF ROCKLIN, et al.<br><br>               Defendant. | Case No.: 2:24-CV-01178-CKD<br><br>**STIPULATION AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE KIM FOR SETTLEMENT CONFERENCE;** ~~**PROPOSED**~~ **ORDER** |

///

///

///

-1-
STIPULATION AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE KIM FOR SETTLEMENT CONFERENCE; ~~PROPOSED~~ ORDER

The parties are interested in attending a settlement conference with Magistrate Judge Kim. Judge Kim advised that the parties request an order from Judge Delaney to have the matter referred to Judge Kim for settlement conference. Accordingly, the parties hereby stipulate to and request that this case be referred to Judge Kim for a settlement conference. The parties will coordinate a settlement conference date with Judge Kim upon referral.

**SO STIPULATED**.

Dated: November 19, 2025         ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*
By:_____
DERICK E. KONZ
WILLIAM J. BITTNER
Attorneys for Defendants CITY OF
ROCKLIN and JEFFREY PAXTON

Dated: November 19, 2025         NOLD LAW

*/s/ Melissa Nold* (auth. on 11/19/25)
By:_____
MELISSA C. NOLD
COUNSEL FOR PLAINTIFF

1  **[PROPOSED] ORDER**

2  Upon stipulation of the parties and good cause appearing, this case is referred to Magistrate
3  Judge Kim for settlement conference.

5  **SO ORDERED.**

7  Dated: November 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, coro.1178.24

-3-
STIPULATION AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE KIM FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER