1  DERICK E. KONZ, ESQ., SB No. 286902
     Email: dkonz@akk-law.com
2  WILLIAM J. BITTNER, ESQ. No. 292056
     Email: wbittner@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6

7  Attorneys for Defendants CITY OF ROCKLIN and JEFFREY PAXTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMERON CORONA,<br><br>                    Plaintiff,<br><br>             vs.<br><br>CITY OF ROCKLIN, et al.<br><br>                    Defendants. | Case No.: 2:24-CV-01178-CKD<br><br>**NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**<br><br>**DATE:         January 30, 2026**<br>**TIME:         10:00 a.m. (Zoom)**<br>**Hon. Magistrate Judge Chi Soo Kim** |

Defendants CITY OF ROCKLIN and JEFFREY PAXTON provide notice of submitting a Settlement Conference Statement to Judge Chi Soo Kim and Plaintiff's Counsel on January 23, 2026.

Dated:  January 23, 2026                        ANGELO, KILDAY & KILDUFF, LLP

                                                */s/ Derick E. Konz*
                                           By:_____
                                                DERICK E. KONZ
                                                WILLIAM J. BITTNER
                                                Attorneys for Defendants CITY OF
                                                ROCKLIN and JEFFREY PAXTON

---

-1-
NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT