**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
**Russo Building**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON CORONA, an individual, | Case No.: 2:24-cv-01178 CKD |
| Plaintiff, | |
| v. | NOTICE OF SUBMSSION OF PLAINTIFF'S SETTLEMENT CONFERENCE STATEMENT |
| CITY OF ROCKLIN, a municipal corporation; JEFFREY PAXTON, in his individual capacity as a law enforcement officer for the CITY OF ROCKLIN; and DOES 1-25, inclusive, | |
| Defendants. | Hon. Magistrate Judge Chi Soo Kim |

Pursuant to this court's order, Plaintiff confirms submission of his Settlement Conference Statement to Honorable Magistrate Chi Soo Kim and Defendants' counsel, via email.

Respectfully submitted,
**NOLD LAW**

**Date:** January 23, 2026              /s/*Melissa C. Nold*
                                        MELISSA C. NOLD
                                        COUNSEL FOR PLAINTIFF