DERICK E. KONZ, ESQ., SB No. 286902
Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ. No. 292056
Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF ROCKLIN and JEFFREY PAXTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMERON CORONA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ROCKLIN, et al.<br><br>Defendants. | Case No.: 2:24-CV-01178-CKD<br><br>**STIPULATION AND REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER** |

///

///

///

On August 14, 2026, the Court issued a Pretrial Scheduling Order. ECF No. 28. The parties cannot reasonably complete fact discovery by the deadline set by the Court. The parties hereby stipulate to and request modification of the Pretrial Scheduling Order as follows:

| **Event** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Completion of Non-Expert Discovery | November 9, 2026 | September 10, 2027 |
| Expert Disclosure | December 21, 2026 | October 22, 2027 |
| Rebuttal Expert Disclosure | January 4, 2027 | November 5, 2027 |
| Completion of Expert Discovery | February 1, 2027 | December 3, 2027 |
| Law and Motion Hearing Deadline | March 24, 2027 | March 1, 2028 |

**SO STIPULATED**.

Dated: September 10, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*
By:______________________________
DERICK E. KONZ
Attorneys for Defendants CITY OF ROCKLIN and JEFFREY PAXTON

Dated: September 10, 2026

NOLD LAW

*/s/ Melissa Nold*
By:______________________________
MELISSA C. NOLD
COUNSEL FOR PLAINTIFF

**ORDER**

Upon stipulation of the parties and good cause appearing, the Pretrial Scheduling Order (ECF No. 28) is modified as follows. All other aspects of the Pretrial Scheduling Order shall remain the same.

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Completion of Non-Expert Discovery | November 9, 2026 | September 10, 2027 |
| Expert Disclosure | December 21, 2026 | October 22, 2027 |
| Rebuttal Expert Disclosure | January 4, 2027 | November 5, 2027 |
| Completion of Expert Discovery | February 1, 2027 | December 3, 2027 |
| Law and Motion Hearing Deadline | March 24, 2027 | March 1, 2028 |

**SO ORDERED.**

Dated: September 10, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, coro.24cv1178